**Stephen WICHLAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 59843.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 17, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 14, 1992.

Ellen A. Blau, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Appellant, Stephen Wichlan, appeals from the dismissal of his Rule 24.035 motion as untimely. We have reviewed the trial transcripts and the briefs of the parties and find that the findings of facts and conclusions of law are not clearly erroneous. Because this court also finds that an extended opinion would serve no jurisprudential purpose, we affirm the dismissal of appellant's Rule 24.035 motion pursuant to Rule 84.16(b).